JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

REN WANG,
Petitioner,
v.
ERNESTO SANTACRUZ, et al.,
Respondents.

No. 5:26-cv-04654-BFM

**JUDGMENT**

Pursuant to the Order on Petition for Writ of Habeas Corpus (ECF 11), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: September 8, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE